UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael Bell,

      Petitioner,

v.

Duluth Prison Camp,

      Respondent.

Case No. 25-CV-00909 (JMB/DTS)

**ORDER**

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate David T. Schultz dated April 17, 2025. (Doc. No. 4.) The R&R recommends that the Court dismiss this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute. (*See id.*) Bell has not objected to the R&R, and the time to do so has now passed. See D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 4) is ADOPTED.

2. The Court DISMISSES this action WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 13, 2025

    /s/ *Jeffrey M. Bryan*
    Judge Jeffrey M. Bryan
    United States District Court